IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:11-CV-23-RJC-DCK

U.S. COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

v.

SHILOH ESTATE, L.L.C., et al.,

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 15) concerning Michael F. Copley, filed January 18, 2011. Mr. Copley seeks to appear as counsel *pro hac vice* for Defendants Shiloh Estate, LLC; Claggett & Sons, Inc.; and Thaddeus Claggett.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Copley is admitted to appear before this court *pro hac vice* on behalf of Defendants Shiloh Estate, LLC; Claggett & Sons, Inc.; and Thaddeus Claggett.

Signed: January 18, 2011

David C. Keesler
United States Magistrate Judge