IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:11-CV-23-RJC-DCK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> SHILOH ESTATE, L.L.C., et al., <br><br> Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 16) concerning Douglas M. Beard, filed January 18, 2011. Mr. Beard seeks to appear as counsel *pro hac vice* for Defendants Shiloh Estate, LLC; Claggett & Sons, Inc.; and Thaddeus Claggett.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Beard is admitted to appear before this court *pro hac vice* on behalf of Defendants Shiloh Estate, LLC; Claggett & Sons, Inc.; and Thaddeus Claggett.

Signed: January 18, 2011

David C. Keesler
United States Magistrate Judge