# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO.: 3:11-CV-23-RJC-DCK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SHILOH ESTATE, L.L.C., et al.,<br><br>    Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Intervene And For a Stay Of Civil Discovery" (Document No. 58) filed by the United States on February 16, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. The Court declines to rule on this motion at this time, but the parties are informed that the Honorable Robert J. Conrad, Jr. may address this motion at the hearing currently scheduled for 10:00 a.m. on Wednesday, February 23, 2011. Counsel for the United States should therefore be present and ready to address this motion if called upon.

The Court notes that there has been some confusion in the pleadings about the exact date and time of the hearing before Judge Conrad on these matters. To clarify, that hearing will be held at **10:00 a.m. on Wednesday, February 23, 2011** in the United States Courthouse at 401 W. Trade Street in Charlotte, North Carolina.

**SO ORDERED**.

Signed: February 17, 2011

David C. Keesler
United States Magistrate Judge