UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | DOCKET NO. 3:11-cv-00023-RJC |
| v. | ) ) ) | |
| Keith F. Simmons, an individual; Black Diamond Capital Solutions, L.L.C.; Black Diamond Holdings, L.L.C.; Deanna Salazar, an individual; Life Plus Group L.L.C.; Bryan Coats, an individual; Genesis Wealth Management, L.L.C.; Jonathan Davey, an individual; Divine Circulation Services, L.L.C.; Safe Harbor Ventures, Inc.; Safe Harbor Wealth Investments, Inc.; Divine Stewardship, L.L.C.; and Safe Harbor Wealth, Inc. | ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER LIFTING STAY** |
| Defendants, and | ) ) | |
| Lawrence Salazar, an individual; Eco-Green, L.L.C.; Black Diamond Associates, L.L.C.; High South Realty, L.L.C.; The Gallery Group, L.L.C.; Coats Estate Planning Services, Inc.; Coats Wealth Management, Inc.; Sovereign Grace, Inc.; and Shiloh Estate, L.L.C. | ) ) ) ) ) ) ) | |
| Relief Defendants. | ) ) ) | |

**THIS MATTER** is before the Court on the motion of Plaintiff United States Commodity Futures Trading Commission (CFTC), (Doc. No. 126), to lift the stay of discovery imposed by the Court while related criminal cases were pending, (Doc. No. 69: Order).

1

Based on information in the motion and the consent of those parties responding to the motion, (Doc. No. 127: Response of Claggett & Sons, Inc. and Shiloh Estate, L.L.C.), the Court finds good cause to lift the stay.

**IT IS, THEREFORE, ORDERED** that the CFTC's motion, (Doc. No. 126), is **GRANTED** and the previously imposed stay of discovery is lifted.

**IT IS FURTHER ORDERED** that this matter is referred to the magistrate judge to schedule a status conference with the parties to determine how this matter should proceed.

Signed: June 24, 2015

Robert J. Conrad, Jr.
United States District Judge