# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CASE NO. 3:11-cv-00023-RJC-DCK

U.S. COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

v.

KEITH F. SIMMONS, et al.,

        Defendants,

and

LAWRENCE SALAZAR, et al.,

        Relief Defendants.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's *Motion to Modify the Terms of the Consent Statutory Restraining Order, Order Of Preliminary Injunction Against Defendants Deanna Salazar And Life Plus Group LLC and Relief Defendant Lawrence Salazar and the Consent Order Granting Reasonable Living Expenses to Defendant Deanna Salazar and Relief Defendant Lawrence Salazar In Order to Lift the Restrictions on Certain Bank Accounts* ("Motion"), filed on February 6, 2017. (Doc. No. 163). Having carefully considered the Motion and the record, and applicable authority, the undersigned will grant the Motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion, (Doc. No. 163), is **GRANTED**.

**IT IS FURTHER ORDERED** that all restrictions imposed on Navy Federal Credit Union Account xxx-xx-3102; Navy Federal Credit Union Account xxx-xx-3201; Navy Federal Credit Union Account xxx-xx-3246; and Navy Federal Credit Union Account xxx-xx-3352 pursuant to the *Consent Statutory Restraining Order, Order of Preliminary Against Defendants Deanna Salazar And Life Plus Group LLC and Relief Defendant Lawrence Salazar*, (Doc. No. 19), entered by the Court

on January 19, 2011, and all restrictions imposed on 1st Bank Account xxx-xx-0571 and 1st Bank Account xxx-xx-0563 pursuant to the *Consent Order Granting Reasonable Living Expenses to Defendant Deanna Salazar and Relief Defendant Lawrence Salazar In Order to Lift the Restrictions on Certain Bank Accounts*, (Doc. No. 78), entered by the Court on April 28, 2011, are hereby lifted in their entirety.

Signed: February 14, 2017

Robert J. Conrad, Jr.
United States District Judge