UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3:11-cv-00023-RJC-DCK

U.S. COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,          **ORDER**

v.

KEITH F. SIMMONS, et al.,

        Defendants,

and

LAWRENCE SALAZAR, et al.,

        Relief Defendants.

Pursuant to the *Stipulation of Dismissal as to Relief Defendant Lawrence Salazar*, filed on February 6, 2017, (Doc. No. 162), **IT IS HEREBY ORDERED THAT**:

1. All claims of the U.S. Commodity Futures Trading Commission against Lawrence Salazar, as alleged in its *Complaint for Injunctive Relief, Civil Monetary Penalties, and Other Equitable Relief*, (Doc. No. 1), filed in the instant case, are dismissed with prejudice.

2. Each side shall bear its own costs and fees.

Signed: February 14, 2017

Robert J. Conrad, Jr.
United States District Judge