# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:11-cv-00023-RJC-DCK

| | |
|---|---|
| US Commodity Futures Trading Commission, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| Keith F. Simmons, et al. | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court sua sponte.

On November 17, 2016, a magistrate judge granted Plaintiff's motion, (Doc. No. 154), to extend the deadline to file dispositive motions until January 13, 2017, but did not alter the trial date of March 6, 2017. (Doc. No. 155: Order). Plaintiff filed Motions for Summary Judgment on January 13, 2017. (Doc. Nos. 156, 157). The magistrate judge granted the consent Motion of Defendant Shiloh Estate, LLC and Intervenors Claggett & Sons and Thaddeus Clagget, (Doc. No. 158), to extend their response deadline until February 6, 2017. (Doc. No. 159: Order). Accordingly, the dispositive motions recently became ripe on February 13, 2017, with the filing of Plaintiff's Reply. (Doc. No. 167).

**IT IS, THEREFORE, ORDERED** that the trial of this matter is continued pending resolution of the dispositive motions.

Signed: February 27, 2017

Robert J. Conrad, Jr.
United States District Judge