**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
3:11-cv-00023-RJC-DCK**

U.S. COMMODITY FUTURES TRADING
COMMISSION,

                Plaintiff,

v.

KEITH F. SIMMONS, et al.,

                Defendants, and

LAWRENCE SALAZAR, et al.,

                Relief Defendants.
_____

**ORDER OF DEFAULT AGAINST RELIEF DEFENDANTS BLACK DIAMOND ASSOCIATES, LLC, ECO-GREEN, LLC, HIGH SOUTH REALTY, LLC, AND THE GALLERY GROUP, LLC**

This matter is before the Court on Plaintiff U.S. Commodity Futures Trading Commission's *Motion for Entry of Defaults Against Relief Defendants Black Diamond Associates, LLC, Eco-Green, LLC, High South Realty, LLC, and The Gallery Group, LLC.* (Doc. No. 166). Having carefully considered the Motion and the record, and applicable authority, the undersigned will grant the Motion because these Relief Defendants have never responded to the Complaint filed in January 2011 and the other requirements for default judgment have been met.

      **IT IS, THEREFORE, ORDERED** that Plaintiff's Motion, (Doc. No. 166), is **GRANTED.**

      **IT IS HEREBY DIRECTED** that the Clerk of the Court shall enter defaults against Relief Defendants Black Diamond Associates, LLC, Eco-Green, LLC, High South Realty, LLC, and The Gallery Group, LLC.

Signed: March 29, 2017

Robert J. Conrad, Jr.
United States District Judge