# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **U.S. Commodity Futures Trading Commission,** )  | ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) | 3:11cv23 |
| | ) | |
| vs. | ) | |
| | ) | |
| Keith F. Simmons, et al, | ) | |
| Defendant(s). | ) | |

vs.

Lawrence Salazar, et al.
    Relief Defendants.

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 18, 2017 Order.

                                            September 18, 2017

                                            Frank G. Johns, Clerk
                                            United States District Court